**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORHTERN DISTRICT OF ILLINIOS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GRZEGORZ BODUCH, individually and on behalf of others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 24-cv-02701** |
| **TAKEYA USA CORPORATION and COSTCO WHOLESALE CORPORATION,** | ) | |
| **Defendants.** | ) | |

**<u>MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL</u>**

Pursuant to L.R. 26.2(c), Plaintiff Grzegorz Boduch ("Plaintiff") moves to file an unredacted version of its Motion to Compel and Exhibits under seal. In support of this motion, Plaintiff states as follows:

1. L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

2. Plaintiff's Motion to Compel concerns redactions and Confidentiality Designations in Defendants' December 19, 2024 production of documents that Plaintiff maintains are inappropriate. While Plaintiff is challenging all of the Defendants' Confidentiality Designations, Exhibits B-D are documents from Defendants' production and are currently designated Confidential – meaning Plaintiff must file them under seal in their entirety to comply with the parties' Agreed Confidentiality Order. (Dkt. 27, at §§ 7 and 9) The Motion and Exhibit

A (the parties' pre-meet and confer correspondence) reference information from documents Defendants designated as Confidential. For the Motion and Exhibit A, Plaintiff will file a redacted version on the Court's publicly available docket.

3. As such, pursuant to L.R. 26.2(c), Plaintiff is provisionally filing unredacted versions of the Motion and Exhibits A-D thereto electronically under seal. This motion seeks leave to file the Motion and Exhibits A-D under seal, as required by L.R. 26.2(c).

4. There is no prejudice to Defendants from filing the unredacted version of the Motion and Exhibits A-D under provisional seal because the Court and Defendants still have access to the unredacted Motion and Exhibits.

5. Plaintiff does not agree that information it is filing provisionally under seal should be entitled to such protection and is only do so to comply with the Agreed Confidentiality Order and the Local Rules.

THEREFORE, for the foregoing reasons, Plaintiff requests that the Court grant him leave to file the Motion and Exhibits A-D under seal.

Date: February 26, 2025

Respectfully submitted,

*s/ Seth H. Corthell*
Daniel I. Schlessinger
Martin W. Jaszczuk
Margaret M. Schuchardt
Seth H. Corthell
Akshay Soman
**JASZCZUK P.C.**
311 South Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 442-0509
dschlessinger@jaszczuk.com
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com
scorthell@jaszczuk.com
asoman@jaszczuk.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 26th day of February 2025.

*/s/ Seth H. Corthell*